1   THOMAS E. FRANKOVICH (State Bar No. 074414)
    THOMAS E. FRANKOVICH,
2   *A PROFESSIONAL LAW CORPORATION*
    4328 Redwood Hwy., Suite 300
3   San Rafael, CA 94903
    Telephone:    415/674-8600
4   Facsimile:    415/674-9900

5   Attorneys for Plaintiff CRAIG YATES

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9

10  CRAIG YATES, an individual,              )    **CV-10-3582-EMC**
                                             )
11         Plaintiff,                        )    **STIPULATION EXTENDING TIME**
                                             )    **FOR DEFENDANTS TO RESPOND TO**
12  v.                                       )    **PLAINTIFF'S COMPLAINT**
                                             )
13  ORIGINAL BUFFALO WINGS; THE              )
    UNG CORPORATION, dba ORIGINAL            )
14  BUFFALO WINGS; PATRICIA                  )
    MONTAGUE, an individual; and             )
15  PATRICIA MONTAGUE, as trustee of the     )
    PATRICIA MONTAGUE FAMILY                 )
16  TRUST of 2004,                           )
                                             )
17         Defendants.                       )
    _____ )
18

19

20         Pursuant to Local Rule 6.1(a), Plaintiff CRAIG YATES, and Defendants ORIGINAL

21  WINGS, CORPORATION (erroneously sued as THE UNG CORPORATION, dba ORIGINAL

22  BUFFALO WINGS); PATRICIA MONTAGUE, an individual; and PATRICIA MONTAGUE,

23  as trustee of the PATRICIA MONTAGUE FAMILY TRUST of 2004, by and through their

24  respective counsel, respectfully request and make the following stipulation:

25         1.     Whereas, defendants have been served with the summons and complaint; and

26         2.     Whereas, defendants have retained counsel and requested additional time to

27  respond to plaintiff's complaint; and

28  *///*

STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT
                                                              **CV-10-3582-EMC**

3.      Whereas, the parties are currently trying to negotiate a settlement in the above-referenced case, and wish to reduce fees, costs and litigation expenses in so doing; and

4.      Whereas, the parties conducted the General Order 56 joint site inspection at ORIGINAL BUFFALO WINGS, located at/near 2499 Lombard Street, San Francisco, California on November11, 2010; and

5.      Whereas, the parties believe it would be in the interests of efficiency and economy to extend the deadline for defendants ORIGINAL WINGS, CORPORATION (erroneously sued as THE UNG CORPORATION, dba ORIGINAL BUFFALO WINGS); PATRICIA MONTAGUE, an individual; and PATRICIA MONTAGUE, as trustee of the PATRICIA MONTAGUE FAMILY TRUST of 2004 to respond to the complaint, and to allow time to negotiate an agreement; and

6.      Whereas, plaintiff has agreed to grant additional time for defendants ORIGINAL WINGS, CORPORATION (erroneously sued as THE UNG CORPORATION, dba ORIGINAL BUFFALO WINGS); PATRICIA MONTAGUE, an individual; and PATRICIA MONTAGUE, as trustee of the PATRICIA MONTAGUE FAMILY TRUST of 2004 to respond to the complaint; and

7.      Whereas, defendants' counsel further stipulate that defendants will comply with any and all due dates dictated by the Federal Rules of Civil Procedure, the Local Rules of Court, and/or any scheduling order issued by this court prior to the date on which defendants' responsive pleading is due.

///
///
///
///
///
///
///
///

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**

**IT IS STIPULATED:**

That the last day for defendants ORIGINAL WINGS, CORPORATION (erroneously sued as THE UNG CORPORATION, dba ORIGINAL BUFFALO WINGS); PATRICIA MONTAGUE, an individual; and PATRICIA MONTAGUE, as trustee of the PATRICIA MONTAGUE FAMILY TRUST of 2004, to answer or otherwise respond to plaintiff's complaint shall be extended up to and including January 4, 2011.

Respectfully submitted,

Dated: November 15, 2010

THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: _____/s/_____
　　　　　Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an
individual

Dated: November 15, 2010

BRENDA CRUZ-KEITH,
**LAW OFFICES OF BRENDA CRUZ-KEITH**

By: _____/s/_____
　　　　　Brenda Cruz-Keith

Attorneys for Defendant ORIGINAL WINGS,
CORPORATION (erroneously sued as THE UNG
CORPORATION, dba ORIGINAL BUFFALO
WINGS)

Dated:_____, 2010

JEFFREY HARTSFIELD BELOTE,
**MORRIS POLICH & PURDY LLP**

By: _____
　　　　Jeffrey Hartsfield Belote

Attorneys for Defendants PATRICIA MONTAGUE,
an individual; and PATRICIA MONTAGUE, as
trustee of the PATRICIA MONTAGUE FAMILY
TRUST of 2004

1   **IT IS STIPULATED:**

2      That the last day for defendants ORIGINAL WINGS, CORPORATION (erroneously sued

3  as THE UNG CORPORATION, dba ORIGINAL BUFFALO WINGS); PATRICIA

4  MONTAGUE, an individual; and PATRICIA MONTAGUE, as trustee of the PATRICIA

5  MONTAGUE FAMILY TRUST of 2004, to answer or otherwise respond to plaintiff's complaint

6  shall be extended up to and including January 4, 2011.

7                    Respectfully submitted,

8  Dated: November 15, 2010       THOMAS E. FRANKOVICH,
                                *A PROFESSIONAL LAW CORPORATION*

9

10

11                    By:        /s/
                          Thomas E. Frankovich
                    Attorneys for Plaintiff CRAIG YATES, an

12                    individual

13  Dated:_____, 2010        BRENDA CRUZ-KEITH,
                              **LAW OFFICES OF BRENDA CRUZ-KEITH**

14

15

16                    By:
                          Brenda Cruz-Keith

17                    Attorneys for Defendant ORIGINAL WINGS,

18                    CORPORATION (erroneously sued as THE UNG
                    CORPORATION, dba ORIGINAL BUFFALO

19                    WINGS)

20  Dated: 11 | 15 , 2010        JEFFREY HARTSFIELD BELOTE,
                              **MORRIS POLICH & PURDY LLP**

21

22

23                    By:
                          Jeffrey Hartsfield Belote

24                    Attorneys for Defendants PATRICIA MONTAGUE,

25  IT IS SO ORDERED         individual; and PATRICIA MONTAGUE, as

26                    trustee of the PATRICIA MONTAGUE FAMILY

27  _____         TRUST of 2004
  Edward M. Chen

28  U.S. Magistrate Judge

IT IS SO ORDERED

Judge Edward M. Chen