| | |
|---|---|
| 1 | THOMAS E. FRANKOVICH (State Bar #074414) |
| 2 | THOMAS E. FRANKOVICH<br>*A PROFESSIONAL LAW CORPORATION* |
| 3 | 4328 Redwood Hwy, Suite 300<br>San Rafael, CA   94903 |
| 4 | Telephone:    415/444-5800<br>Facsimile:      415/444-5805 |
| 5 | Attorneys for Plaintiff CRAIG YATES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CRAIG YATES, an individual, | ) | CASE NO. CV-10-3582-~~EMC~~ |
| Plaintiff, | ) ) ) | **STIPULATION OF DISMISSAL AND** |
| v. | ) ) | **[~~PROPOSED~~] ORDER THEREON** |
| ORIGINAL BUFFALO WINGS; THE UNG CORPORATION, dba ORIGINAL BUFFALO WINGS; PATRICIA MONTAGUE, an individual; and PATRICIA MONTAGUE, as trustee of the PATRICIA MONTAGUE FAMILY TRUST of 2004, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

The parties, by and through their respective counsel, stipulate to dismissal of this action in its entirety with prejudice pursuant to Fed.R.Civ.P.41(a)(1).  Outside of the terms of the Settlement Agreement and General Release ("Agreement") herein, each party is to bear its own costs and attorneys' fees.  The parties further consent to and request that the Court retain jurisdiction over enforcement of the Agreement.  See <u>Kokonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375 (1994) (empowering the district courts to retain jurisdiction over enforcement of settlement agreements).

1    Therefore, IT IS HEREBY STIPULATED by and between parties to this action through
2    their designated counsel that the above-captioned action be and hereby is dismissed with
3    prejudice
4     pursuant to Federal Rules of Civil Procedure section 41(a)(1).
5    This stipulation may be executed in counterparts, all of which together shall constitute
6    one original document.

7
8    Dated: January 9, 2012                THOMAS E. FRANKOVICH
                                           *A PROFESSIONAL LAW CORPORATION*
9
10
11
                                           By:  /s/ Thomas E. Frankovich
12                                              Thomas E. Frankovich
                                           Attorney for Plaintiff CRAIG YATES, an
13                                         individual
14
15
16
17   Dated: _____, 2012           BRENDA CRUZ KEITH, LAWYER
18                                         By:_____
                                               Brenda Cruz-Keith
19                                         Attorney for Defendant ORIGINAL BUFFALO
                                           WINGS, INC. THE UNG CORPORATION, dba
20                                         ORIGINAL BUFFALO WINGS;
21
22               SIGNATURES CONTINUED ON NEXT PAGE
23   ///
24   ///
25   ///
26   ///
27   ///
28

Therefore, IT IS HEREBY STIPULATED by and between parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure section 41(a)(1).

This stipulation may be executed in counterparts, all of which together shall constitute one original document.

Dated: _____, 2012        THOMAS E. FRANKOVICH
                                   *A PROFESSIONAL LAW CORPORATION*


                                   By:_____
                                        Thomas E. Frankovich
                                   Attorney for Plaintiff CRAIG YATES, an individual


Dated: __Jan 5__, 2012             BRENDA CRUZ KEITH, LAWYER
                                   By: /s/ Brenda Cruz-Keith
                                        Brenda Cruz-Keith
                                   Attorney for Defendant ORIGINAL BUFFALO WINGS, INC. THE UNG CORPORATION, dba ORIGINAL BUFFALO WINGS;

SIGNATURES CONTINUED ON NEXT PAGE

///
///
///
///
///

| | |
|---|---|
| Dated: Jan 5, 2012 | JEFFREY HARTSFIELD BELOTE,<br>**MORRIS POLICH & PURDY LLP**<br><br>By: _____<br>Jeffrey Hartsfield Belote<br>Attorneys for Defendants PATRICIA MONTAGUE, an individual; and PATRICIA MONTAGUE, as trustee of the PATRICIA MONTAGUE FAMILY TRUST of 2004 |

## ORDER

IT IS HEREBY ORDERED that this matter is dismissed with prejudice pursuant to Fed.R.Civ.P.41(a)(1). IT IS FURTHER ORDERED that the Court shall retain jurisdiction for the purpose of enforcing the parties' Settlement Agreement and General Release should such enforcement be necessary

Dated: _____01/10_____, 2012



Judge Thelton E. Henderson

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER THEREON        CASE NO. CV-10-3582-EMC

-3-